IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY THORNTON and <br> LYNDA GRISBY-THORNTON, | * <br> * <br> * | |
| Plaintiffs, | * <br> * | CV 111-106 |
| v. | * <br> * | |
| UNITED STATES OF AMERICA, | * <br> * | |
| Defendant. | * | |

**O R D E R**

Plaintiffs brought this negligence action against Defendant pursuant to the Federal Tort Claims Act. On August 28-29, 2013, the Court held a bench trial. On August 30, 2013, the Court orally made findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a)(1). Based on those findings and conclusions, the Court determined that Defendant is entitled to a judgment in its favor. Accordingly, the Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in favor of Defendant. The Clerk shall terminate all deadlines and motions, and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of September, 2013.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA